Matthew **HARKER**, Appellant,

v.

**UNITED STATES of America**, Appellee.

No. 03–4079.

United States Court of Appeals, Eighth Circuit.

Submitted April 23, 2004.

Decided May 18, 2004.

---

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

Matthew Harker, Kansas City, MO, pro se.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Matthew Harker appeals from the final judgment entered in the District Court[1] for the Western District of Missouri denying him leave to proceed in forma pauperis (IFP) and concluding that his complaint allegations were legally frivolous. Upon careful review, we conclude that the district court did not abuse its discretion in denying IFP status, or err in concluding that Harker's fanciful complaint allegations were frivolous. Accordingly, we affirm. See 8th Cir. 47A(a).

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.